IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| ROXANNA ARAMJOO, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11-cv-00077-DGK |
| | ) | |
| v. | ) | Judge Kays |
| | ) | |
| SALLIE MAE INC., incorrectly named as SALLIE MAE SERVICING CORPORATION, | ) ) ) | |
| Defendant. | ) | |

## MOTION TO VOLUNTARILY DISMISS

NOW COMES the Plaintiff, ROXANNA ARAMJOO, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and for her Motion to Voluntary Dismiss, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff hereby respectfully requests that this Honorable Court enter an order reflecting that the Plaintiff voluntarily dismisses her case with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully compromised and adjourned.

                                    Respectfully submitted,
                                    **ROXANNA ARAMJOO**

                           By:    s/ David M. Marco
                                  Attorney for Plaintiff

Dated: November 17, 2011

David M. Marco (Atty. No.: 6273315)
*Admitted Pro Hac Vice*
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone:   (312) 546-6539
Facsimile:   (888) 418-1277
E-Mail:   dmarco@smithlaw.us

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| ROXANNA ARAMJOO, | ) | |
| Plaintiff, | ) | 4:11-cv-00077-DGK |
| | ) | |
| v. | ) | Judge Kays |
| | ) | |
| SALLIE MAE INC., incorrectly named | ) | |
| as SALLIE MAE SERVICING | ) | |
| CORPORATION, | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

**To:** Johnny S Wang
Hinshaw & Culbertson, LLP
701 Market St., Suite 1300
St. Louis MO 63101-1843

I, David M. Marco, an attorney, certify that on **November 17, 2011**, I shall cause to be served a copy of **Plaintiff's Motion to Voluntarily Dismiss**, upon the above named individual(s) by: depositing same in the U.S. Mail box at 205 North Michigan Avenue, 40th Floor, Chicago, IL 60601, prior to 5:00 p.m., postage prepaid; messenger delivery; Federal Express; facsimile transmitted from (888) 418-1277; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

| | | | |
|---|---|---|---|
| ____ | U.S. Mail | ____ | Facsimile |
| ____ | Messenger Delivery | ____ | Email |
| ____ | Federal Express/UPS | __X__ | ECF |

By: __s/ David M. Marco__
Attorney for Plaintiff

David M. Marco (Atty. No.: 6273315)
*Admitted Pro Hac Vice*
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone: (312) 546-6539
Facsimile: (888) 418-1277
E-Mail: dmarco@smithlaw.us

2